

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2015

No. 04-15-00164-CR

Leandre V. **HILL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR10328
Honorable Ron Rangel, Judge Presiding

# O R D E R

The Court Reporter's Notification of Late Record is hereby GRANTED. The reporter's record is due June 1, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court